IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ERIC PEAGLER, #7403-002                                    PETITIONER

VS.                        CIVIL ACTION NO. 5:07-cv-166(DCB)(MTP)

CONSTANCE REESE, Warden                                    RESPONDENT

## FINAL JUDGMENT

This cause having come before the Court on the Report and Recommendation of Magistrate Judge Michael T. Parker, and on the petitioner's objections thereto, and the Court having adopted the Report and Recommendation in an Order of even date herewith and having denied the relief sought by the petitioner pursuant to 28 U.S.C. § 2241; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this cause is dismissed with prejudice.

SO ORDERED, this the 2nd day of April, 2010.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE